MAUNA KEA TECHNOLOGIES,
Plaintiff–Appellant,

v.

ANTICANCER, INC., Defendant–
Appellee.

No. 2014–1412.

United States Court of Appeals,
Federal Circuit.

Dec. 10, 2014.

Jeffrey M. Goehring, Young & Thompson, of Alexandria, VA, argued for plaintiff-appellant. With him the brief was Douglas V. Rigler.

Matt Valenti, AntiCancer, Inc., of San Diego, CA, argued for defendant-appellee.

MOORE, REYNA, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**